PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
YAN GERSHFELD, Bar No. 251375
ygershfeld@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

Priority ____
Send ____
Enter ✓
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA   NOTE CHANGES MADE BY THE COURT

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit ; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN STATES ERECTORS, INC., a Nevada corporation, doing business as WESTERN STATES ERECTORS; JOSEPH GERARD BENENATI, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 08-02614 RGK(PJWx) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Before the Honorable R. Gary Klausner <br><br> DATE: December 22, 2008 <br> TIME: 9:00 a.m. <br> CTRM: 850 |

~~This case came for hearing on December 22, 2008 before the Honorable R. Gary Klausner, United States District Court Judge.~~

It appearing that defendants, WESTERN STATES ERECTORS, INC., a Nevada corporation, doing business as WESTERN STATES ERECTORS and JOSEPH GERARD BENENATI, an individual, having been regularly served with

NOTE CHANGES MADE BY THE COURT.

process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST WESTERN STATES ERECTORS, INC., a Nevada corporation, doing business as WESTERN STATES ERECTORS:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $5,876.03 |
| 2. | Liquidated damages based on original contributions | 581.82 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 418.33 |
| 4. | Audit Fees | 126.06 |
| 5. | Interest from due dates to December 22, 2008 (accruing at $1.26 per day) | 503.25 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 900.22 |
| | GRAND TOTAL | $8,408.71 |

~~7. Plus costs to be determined after entry of judgment.~~

~~8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of ____ % per annum.~~

7. Plaintiffs shall apply separately to the Clerk of the Court for costs and post-judgment interest.

2

NOTE CHANGES MADE BY THE COURT.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST JOSEPH GERARD BENENATI, an individual:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $643.70 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to December 22, 2008 (accruing at $0.13 per day) | 49.42 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 250.00 |
| | GRAND TOTAL | $943.12 |

~~4.   Plus costs to be determined after entry of judgment.~~

~~5.   Pursuant to 28 U.S.C. § 1961(a), this judgment shall bear interest at the rate of ___ % per annum.~~

4. Plaintiffs shall apply separately to the Clerk of the Court for costs and post-judgment interest.

DATED: JAN - 9 2009

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By:   /s/  Yan Gershfeld
YAN GERSHFELD
Attorney for Plaintiffs

NOTE CHANGES MADE BY THE COURT.