1  PATRICK T. CONNOR, Bar No. 89136
   pconnor@deconsel.com
2  YAN GERSHFELD, Bar No. 251375
   ygershfeld@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier:  213/488-4180
6
7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit ; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>WESTERN STATES ERECTORS, INC., a Nevada corporation, doing business as WESTERN STATES ERECTORS; JOSEPH GERARD BENENATI, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | NO. CV 08-02614-RGK (PJWx)<br><br>AMENDED [~~PROPOSED~~] JUDGMENT |

It appearing that defendants, WESTERN STATES ERECTORS, INC., a Nevada corporation, doing business as WESTERN STATES ERECTORS and JOSEPH GERARD BENENATI, an individual, having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST

ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST WESTERN STATES ERECTORS, INC., a Nevada corporation, doing business as WESTERN STATES ERECTORS:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $5,876.03 |
| 2. | Liquidated damages based on original contributions | 581.82 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 418.33 |
| 4. | Audit Fees | 126.06 |
| 5. | Interest from due dates to December 22, 2008 (accruing at $1.26 per day) | 503.25 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 900.22 |
| | GRAND TOTAL | $8,405.71 |

7. Plaintiffs shall apply separately to the Clerk of the Court for costs and post-judgment interest.

////

////

2

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST JOSEPH GERARD BENENATI, an individual:</u>

1. Unpaid contributions     $643.70

2. Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to December 22, 2008 (accruing at $0.13 per day)     49.42

3. Attorneys' fees pursuant to Local Rule 55-3     250.00

GRAND TOTAL     $943.12

4. Plaintiffs shall apply separately to the Clerk of the Court for costs and post-judgment interest.

DATED: 01/09/09     */s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By:    /s/   Yan Gershfeld
       YAN GERSHFELD
       Attorney for Plaintiffs